**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Rita R. Brogan,   Case No. 3:15CV2427

    Plaintiff

    v.   **JUDGMENT ENTRY**

Commissioner of Social Security,

    Defendant

In accordance with the order entered contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. Plaintiff's objections to the Report and Recommendation (Doc. 22) be, and the same hereby are, overruled;

2. The Report and Recommendation (Doc. 21) be, and the same hereby is, adopted as the order of the court; and

3. The Commissioner's decision be, and the same hereby is, affirmed.

So ordered.

    /s/ James G. Carr
    Sr. U.S. District Judge